UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH S. MORRIS,<br><br>                              Plaintiff,<br><br>           -against-<br><br>THE UNITED STATES OF AMERICA (GOV), *et al.*,<br><br>                              Defendants. | 20-CV-2015 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

      By order dated May 5, 2020, the Court dismissed Plaintiff's claims against the named defendants under the doctrine of sovereign immunity. In the same order, the Court granted Plaintiff leave to file an amended complaint to state facts showing that he had exhausted his administrative remedies with the Social Security Administration (SSA). Plaintiff submitted an amended complaint, and the Court has reviewed it. Because the amended complaint does not state any facts showing that Plaintiff has exhausted his remedies with the SSA, the Court dismisses the action without prejudice. Once Plaintiff has completed his proceedings with the SSA, and has received a final decision, he may file in this Court a complaint under 42 U.S.C. § 405(g).

## CONCLUSION

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Plaintiff's complaint is dismissed without prejudice under 42 U.S.C. § 405(g).

SO ORDERED.

Dated:   November 6, 2020
           New York, New York

                                            *Louis L. Stanton*
                                               Louis L. Stanton
                                                    U.S.D.J.