UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH S. MORRIS,<br><br>                         Plaintiff,<br><br>                  -against-<br><br>THE UNITED STATES OF AMERICA (GOV), *et al.*,<br><br>                         Defendants. | 20-CV-2015 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued November 6, 2020, dismissing the amended complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 42 U.S.C. § 405(g).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 10, 2020
            New York, New York

                                                                 *Louis L. Stanton*
                                                                  Louis L. Stanton
                                                                     U.S.D.J.